IN THE UNITED STATES DISTRICT COURT

**FILED**

FOR THE EASTERN DISTRICT OF TEXAS

M. _____ 11/19 _____ 20 09

DAVID J. MALAND, CLERK
U.S. DISTRICT COURT

LUFKIN DIVISION

By_____

DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 9:09-CR-38 |
| | § | |
| PATRICK SANDERS | § | |

## I N D I C T M E N T

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

On or about May 4, 2009, in the Eastern District of Texas, **Patrick Sanders**, the

defendant herein, did use, employ, persuade, induce, and entice a person under the age of

eighteen, specifically John Doe, to engage in sexually explicit conduct, specifically, the

lascivious exhibition of the genitals and the pubic area of said minor, for the purpose of

producing visual depictions of such conduct. The visual depictions were produced using

materials that had been mailed, shipped and transported in interstate and foreign

commerce, all in violation of Title 18, United States Code, Section 2251(a).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

#### Criminal Forfeiture Pursuant to 18 U.S.C. § 2253(a)

As the result of committing one or more of the foregoing offense federal violations

involving the sexual exploitation of children as specified in18 U.S.C. § 2253(a), alleged

in this Indictment, Defendant herein, shall forfeit to the United States pursuant to 18

U.S.C. § 2253(a):

1.  any visual depiction described in section . . . 2252 of this chapter, or
    any book, magazine, periodical, film, videotape, or other matter
    which contains any such visual depiction, which was produced,
    transported, mailed, shipped or received in violation of this chapter;

2.  any property, real or personal, constituting or traceable to
    gross profits or other proceeds obtained from such offense;
    and

3.  any property, real or personal, used or intended to be used to
    commit or to promote the commission of such offense,
    including, but not limited to the following:

**Personal Property**

1.  Compaq Presario, Model C700 bearing serial number
    CND8312C9W hard drive;

2.  Polaroid i531 camera; and

3.  Samsung Model SPH-M800 cellular telephone.

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of

any act or omission of the defendant -

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with a third
person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be

subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(o), to seek forfeiture of

any other property of Defendant up to the value of the above forfeitable property,

including but not limited to all property, both real and personal owned by Defendant.

By virtue of the commission of the offenses alleged in this Indictment, any and all interest

the Defendant has in the above-described property is vested in the United States and

hereby forfeited to the United States pursuant to 18 U.S.C. § 2253(a).


A TRUE BILL


GRAND JURY FOREPERSON


JOHN M. BALES
UNITED STATES ATTORNEY


LISA G. FLOURNOY
ASSISTANT U. S. ATTORNEY

19 Nov 09
DATE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 9:09-CR-38 |
| | § | |
| PATRICK SANDERS | § | |

## NOTICE OF PENALTY

### COUNT ONE

Violation:      18 U.S.C. §2251(a)

Penalty:        A term of imprisonment of not less than fifteen (15) years nor
                more than thirty (30) years.  A fine not to exceed $250,000.00
                or both.  A term of supervised release of not more than five (5)
                years. 18 U.S.C. §2251(e)

Special Assessment:      $100.00